UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSHUA WADE CURRAN (#526873)

VERSUS

CATHERINE JOHNSON ET AL

CIVIL ACTION

NO. 10-526-BAJ-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated September 7, 2010. Plaintiff has filed an objection which does not address the findings reflected in the Report and Recommendation.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's complaint shall be dismissed pursuant to 28 U.S.C. § 1915 (e)(2)(B)(i) and (iii).

Baton Rouge, Louisiana, October 20, 2010.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA